**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ-MARIA URZUA, et al., | No. 07-05903 JCS |
| v. | |
| COUNTRYWIDE BANK, et al., | |
| _____ | |
| LUZ-MARIA URZUA, | No. 07-05906 WDB |
| v. | |
| AMERICA'S SERVICING COMPANY, et al., | |
| _____ | |
| LUZ-MARIA URZUA, | No. 07-05931 CW |
| v. | |
| WORLD SAVINGS, et al., | |
| _____ | |
| LUZ-MARIA URZUA, et al., | No. 07-05932 WHA |
| v. | |
| INDYMAC BANK, et al., | |
| _____ | |
| LUZ-MARIA URZUA, et al., | No. 07-06349 CW |
| v. | |
| COUNTRYWIDE HOME LOANS, et al., | JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP OF CASES |
| _____/ | |

Pursuant to Civil L.R. 3-12(c), this Court, *sua sponte*, refers the above-captioned cases to Magistrate Judge Joseph C. Spero to consider whether these cases are related. Parties shall file any

1  response in opposition to or in support of relating the cases
2  within five (5) days of receipt of this Order.

3
4  Dated   1/3/08
5                                                      CLAUDIA WILKEN
                                                    United States District Judge

**United States District Court**
For the Northern District of California

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

LUZ-MARIA URZUA,

        Plaintiff,

 v.

COUNTRYWIDE BANK et al,

        Defendant.

Case Number: CV07-05903 JCS
CV07-05906 WDB
CV07-05931 CW
CV07-05932 WHA
CV07-06349 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 3, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cesar Anchante-Martinetti
6787 Hillsview Drive
Vacaville, CA 95688

Cesar Anchante-Martinetti
3801 North Lake Rd
Merced, CA 95340

Cesar Anchante-Martinetti
3785 North Lake Road
Merced, CA 95340

Luz-Maria Urzua
3785 North Lake Road
Merced, CA 95340

Luz-Maria Urzua
3801 North Lake Rd
Merced, CA 95340

Luz-Maria Urzua
6787 Hillsview Drive
Vacaville, CA 95688

Luz-Maria Urzua
2041 Legends Court
Merced, CA 95340

3

1
2
3  Dated: January 3, 2008
4
   Richard W. Wieking, Clerk
   By: Sheilah Cahill, Deputy Clerk

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28