**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**RELATED CASE ORDER**

A *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed cases that I have initialed below are related to the case assigned to me, and such cases shall be reassigned to me. Any cases listed below that are not related to the case assigned to me are referred to the judge assigned to the next-earliest filed case for a related case determination.

**C 07-05903 JCS**     **Urzua v. Countrywide Bank et al**

**C 07-05906 WDB**    **Urzua v. America's Servicing Company et al**

> I find that the above case is related to the case assigned to me.  __X - JCS__

**C 07-05931 CW**      **Urzua v. World Savings et al**

> I find that the above case is related to the case assigned to me.  __X - JCS__

**C 07-05932 WHA**    **Urzua et al v. IndyMac Bank et al**

> I find that the above case is related to the case assigned to me.  __X - JCS__

**C 07-06349 CW**      **Urzua et al v. Countrywide Home Loans et al**

> I find that the above case is related to the case assigned to me.  __X - JCS__

**ORDER**

Counsel are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge (**"JCS"**) immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and report required by FRCivP 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

Dated: Jan. 14, 2008

_____
Magistrate Judge Joseph C. Spero

Dated:_____

_____
Magistrate Judge Wayne D. Brazil

Dated:_____

_____
Judge Claudia Wilken

Dated:_____

_____
Judge William H. Alsup

## CLERK'S NOTICE

  The court has reviewed the motion and determined that no cases are related and no reassignments shall occur.

                 **Richard W. Wieking, Clerk**

**DATED:** _____    **By:** _____
                            **Deputy Clerk**

## CERTIFICATE OF SERVICE

I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record or *pro se* party in the cases listed above.

**Richard W. Wieking, Clerk**

**DATED:** Jan. 14, 2008     **By:** *Karen L. Hom*
**Deputy Clerk**

Copies to:  Courtroom Deputies
            Case Systems Administrators
            Counsel of Record
Entered into Assignment Program: _____ (date)