UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LUZ-MARIA URZUA,

          Plaintiff,

  v.

COUNTRYWIDE BANK et al,

          Defendant.

Case Number: C07-05903 JCS
Related Case Number C07-5906 JCS
Related Case Number C07-5931 JCS
Related Case Number C07-5932 JCS
Related Case Number C07-6349 JCS

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 30, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cesar Anchante-Martinetti
6787 Hillsview Drive
Vacaville, CA 95688

Luz-Maria Urzua
6787 Hillsview Drive
Vacaville, CA 95688

Luz-Maria Urzua
2041 Legends Court
Merced, CA   95340

Luz-Maria Urzua
3801 North Lake Road
Merced, CA   95340

Cesar Anchante-Martinetti
3801 North Lake Road
Merced, CA 95340

Luz-Maria Urzua
3785 North Lake Road
Merced, CA 95340

Cesar Anchante-Martinetti
3785 North Lake Road
Merced, CA 95340

Dated: January 30, 2008

Richard W. Wieking, Clerk
By: Karen Hom, Deputy Clerk