John J. Kralik No. 91206
**KRALIK & JACOBS**
650 North Sierra Madre Villa Avenue, Suite 302
Pasadena, California 91107
Telephone: (626) 351-4800
Facsimile: (626) 351-4808

Attorneys for Defendant INDYMAC BANK, F.S.B.,
and MICHAEL PERRY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ-MARIA URZUA, CESAR ANCHANTE-MARTINETTI<br>Libellant,<br><br>v.<br><br>INDYMAC BANK, MIKE PERRY, PRESIDENT, US Vessel, DOES, ROES and MOES 1-100 et al, US Vessel sand,<br>Libellees,<br><br>---<br><br>Luz-Maria:Urzua, Cesar: Anchante-Martinetti Lien Holder of the Vessel, the Real Party In Interest, Lawful Woman, Man Injured Third Party Intervener/Petitioner/Libellant,<br><br>v.<br><br>INDYMAC BANK, MIKE PERRY, PRESIDENT, U.S. Vessel DOES, ROES, and MOES 1-100 et al US VESSELS INDIVIDUALLY AND SEVERALLY Third Party Defendants/Libellees | Case No.: 07-CV-05932-JSW<br><br>RE-NOTICE OF MOTION TO DISMISS COMPLAINT<br><br>Date: March 28, 2008<br><br>Time: 9:00 a.m.<br><br>Crtrm.: 2, 17th Floor<br><br>THE HON. JEFFREY S. WHITE |

///

---

RE-NOTICE OF MOTION TO DISMISS COMPLAINT
1

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that Defendant IndyMac Bank's Motion to Dismiss the Complaint of Plaintiffs Luz-Maria Urzua and Cesar Anchante-Martinetti ("Plaintiffs"), previously noticed for Thursday, February 21, 2008, at 8:00 a.m., will now be heard on **Friday, March 28, 2008 at 9:00 a.m.** in Courtroom 2 on the 17th Floor of the above-entitled Court located at 450 Golden Gate Ave, San Francisco, CA 94102, or as soon thereafter as counsel may be heard

Dated: February 1, 2008

                              KRALIK & JACOBS

                              By _____
                                  John J. Kralik
                                  Attorneys for Defendants INDYMAC BANK, F.S.B. and MICHAEL PERRY

---

RE-NOTICE OF MOTION TO DISMISS COMPLAINT
2