SUPERIOR COURT, STATE OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**FILED**

JAN 3 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ MARIA URZUA, CESAR ANCHANTE-<br><br>MARTINETTI,<br><br> C/o 6787 Hillsview Dr,<br><br>Vacaville, California Zip Code<br><br>Exempt,<br><br>          Libellant,<br><br>     vs.<br><br>INDYMAC BANK, MIKE PERRY et. Al.<br><br>Suite 302<br><br>C/o 650 North Sierra Madre Villa Av.<br><br>Pasadena, California [91107]<br><br>          Libellee, | ) Case No.: No. 07-CV-05932-WHA<br>)<br>)<br>) **NOTICE OF APPOINTMENT OF CO-FIDUTIARY**<br>)<br>) **TRUSTEES**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**FILED**

JAN 2 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Notice to the agent is notice to the principal, notice to the principal

is notice to the agent.

Re: APPOINTMENT OF CO-FIDUCIARY TRUSTEESS

     Now, by special appearance, comes Luz Maria Urzua and Cesar:

Anchante-Martinetti, the flesh and blood woman and man, Sui Juris and

unschooled in law, hereinafter referred to as me, my, I, us or the

like, to make the following  NOTICE with clean hands, full disclosure

and no intent to defraud, furthermore, the following first hand

asseverations are true, complete, certain and not meant to mislead

Additionally this presentment is not put forth for purposes of delay

nor to request any B.A.R. member attorned esquire, or agents thereof,

to make any determinations for us, legal or otherwise, including but

not limited to any so called "overturning of a motion". This is not a

motion. This is a NOTICE. If you are reading this then the presumption

will operate that you have ACTUAL NOTICE of the subject matter herein

and by acting contrary to this NOTICE you will be bound by its terms.

Fail not under penalty of Law!

NOTICE is hereby given that:

1.)     We are of legal age, competent to testify and under no
        legal disability.

2.)     As the creditor and principal, We hereby formally appoint

        JOHN J. KRALIK 0091026 esquire as co-fiduciary trustee for the

        purpose of using our exemption to settle and close any

        outstanding debt owed INDYMAC.

Dated this 28th day of January, 2008

By: authorized representative
Without recourse

By: authorized representative
Without recourse

APPOINTMENT OF CO-FIDUCIARY                                    2 OF 2