SUPERIOR COURT, STATE OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FILED
JAN 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ MARIA URZUA, CESAR ANCHANTE-MARTINETTI,<br><br>C/o 6787 Hillsview Dr,<br><br>Vacaville, California Zip Code Exempt,<br><br>    Libellant,<br><br>    vs.<br><br>INDYMAC BANK, MIKE PERRY et. Al.<br><br>Suite 302<br><br>C/o 650 North Sierra Madre Villa Av.<br><br>Pasadena, California [91107]<br><br>    Libellee, | ) Case No.: No. 07-CV-05932-WHA<br>)<br>)<br>) **NOTICE OF ACCEPTANCE OF OATHS OF**<br>)<br>) **OFFICE AND BONDS**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Notice to the agent is notice to the principal, notice to the principal is notice to the agent.

Re: APPOINTMENT OF CO-FIDUCIARY TRUSTEESS

   Now, by special appearance, comes Luz Maria Urzua and Cesar: Anchante-Martinetti, the flesh and blood woman and man, Sui Juris and unschooled in law, hereinafter referred to as me, my, I, us or the like, to make the following NOTICE with clean hands, full disclosure and no intent to defraud, furthermore, the following first hand

asseverations are true, complete, certain and not meant to mislead Additionally this presentment is not put forth for purposes of delay nor to request any B.A.R. member attorned esquire, or agents thereof, to make any determinations for us, legal or otherwise, including but not limited to any so called "overturning of a motion". This is not a motion. This is a NOTICE. If you are reading this then the presumption will operate that you have ACTUAL NOTICE of the subject matter herein and by acting contrary to this NOTICE you will be bound by its terms. Fail not under penalty of Law!

NOTICE is hereby given that:

1.) We are of legal age, competent to testify and under no legal disability.

2.) As the creditor and principal, We hereby formally accept the Oaths of Office and Bonds of WILLIAM ALSUP esquire and JOHN J. KRALIK 0091206, esquire forming a contract in the common law.

Dated this 28th day of January, 2008

_[signature]_
By: authorized representative
Without recourse


_[signature]_
By: authorized representative
Without recourse