SUPERIOR COURT, STATE OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FILED
JAN 2 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ MARIA URZUA, CESAR ANCHANTE-MARTINETTI,<br><br>C/o 6787 Hillsview Dr,<br><br>Vacaville, California Zip Code Exempt,<br><br>    Libellant,<br><br>vs.<br><br>INDYMAC BANK, MIKE PERRY et. Al.<br><br>Suite 302<br><br>C/o 650 North Sierra Madre Villa Av.<br><br>Pasadena, California [91107]<br><br>_____Libellee,_____ | ) Case No.: No. 07-CV-05932-WHA<br>)<br>)<br>) **CERTIFICATE OF SERVICE**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CERTIFICATE OF SERVICE

Now, by special appearance, comes Luz Maria Urzua and Cesar: Anchante-Martinetti, the flesh and blood woman and man, Sui Juris and unschooled in law, hereinafter referred to as me, my, I, us or the like, to make the following NOTICE with clean hands, full disclosure and no intent to defraud, furthermore, the following first hand asseverations are true, complete, certain and not meant to mislead NOTICE is hereby given that:

ACCEPTANCE OF OATHS AND BONDS                                    1 OF 2

1.)    We are of legal age, competent to testify and under no legal disability.

2.)    This is to certify that on January 28th, 2008 We placed a true and accurate copy of the enclosed MEMORANDUM, NOTICE OF APPOINTMENT OF FIDUCIARY TRUSTEE, NOTICE OF APPOINTMENT OF CO-FIDUCIARY TRUSTEE and NOTICE OF ACCEPTANCE OF OATHS AND BONDS in the U. S. mail with postage prepaid and addresses as follows:

INDYMAC BANK

C/o JOHN J. KRALIK 0091206, esquire

650 North Sierra Madre Villa Avenue

Suite 320

Pasadena, California [91107]

With certified mail number 7007 1490 0003 5477 8684

Dated this 28th day of January, 2008

_____
By: authorized representative
Without recourse

_____
By: authorized representative
Without recourse