UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FILED
08 FEB 19 PM 2:04

|  |  |
|---|---|
| LUZ-MARIA URZUA and<br><br>CESAR ANCHANTE-MARTINETTI,<br><br>C/o 6787 Hillsview Dr<br><br>Vacaville, California Zip Code<br><br>Exempt,<br><br>        Libellants,<br><br>    vs.<br><br>INDYMAC BANK, MIKE PERRY et. al.<br><br>Suite 302<br><br>C/o 650 North Sierra Madre Villa Av.<br><br>Pasadena, California [91107]<br><br>        Libellee, | ) Case No.: No. 07-CV-05932-JSW<br>)<br>) MEMORANDUM CONTRA RE-NOTICE OF MOTION TO<br>) DISMISS COMPLAINT<br>)<br>) MARCH 28th, 2008 at 9:00AM |

MEMORANDUM CONTRA RE-NOTICE OF MOTION TO DISMISS COMPLAINT

Now, by special appearance, come Luz-Maria: Urzua and Cesar: Anchante-Martinetti, the flesh and blood woman and man, Sui Juris and unschooled in law, hereinafter referred to as we, me, my, I, or the like, to make the following AFFIDAVIT with clean hands, full disclosure and no intent to defraud, furthermore, the following first hand asseverations are true, complete, certain and not meant to mislead or delay. MEMORANDUM CONTRA RE-NOTICE OF MOTION TO DISMISS COMPLAINT AND MOTION HEARING of **Friday, March 28, 2008 at 9:00AM** in Courtroom 2 on the 17th Floor of the above-entitled Court

AMMENDED COMPLAINT - 1 OF 5

1  located at 450 Golden Gate Ave, San Francisco, CA 94102, or as soon
2  thereafter as counsel may be heard.

3

4  JURISDICTION: This is a breach of agreement matter. Defendant is a
5  National Bank chartered under the laws of the United States.

6
   1.)    We are of legal age, competent to testify and under no legal
7  disability.
8
   2.)    Libellants have filed an action for declaratory judgment.
9
   3.)    Libellants have exhausted his administrative remedies in this
          instant matter.
10
   4.)    Libellants seek a default judgment as libellees have failed to
11         rebut the complaint.
12 5.)    Libellees have failed to ask for a more definitive statement and
          are in agreement with libellants.
13
   6.)    INDYMAC BANK'S PRESENTMENT fails to aver any first hand
14        knowledge of the facts therein.
15 7.)    Averments of an attorney are not first hand evidence and serve as
16 hearsay testimony which is not admissible.
17 8.)    We have perfected an administrative COUNTERCLAIM procedure to
   exhaust my administrative remedies in this instant matter, see
18
   Notary Protest.
19
   9.)    An examination of the Notary Protest will serve to establish that
20
   INDYMAC BANK by and through MIKE PERRY have agreed to be bound to the
21
   COUNTERCLAIM obtained through the binding arbitration process of a Notary
22
   Protest, see Notary Protest.
23                              OVERVIEW OF FACTS
24 10.)   On August 16, 2007 Libellees sent a presentment to us demanding
          payment of a sum certain.
25

AMMENDED COMPLAINT - 2 OF 5

11.)   I conditionally accepted that presentment upon INDYMAC BANK'S continuing fiduciary duty to deal honestly and answer questions about the underlying obligation.

12.)   The RECORD shows that INDYMAC BANK refused and/or failed to provide the requested proof of claim including but not limited to:

   a.) Provide the original note, both back and front, upon which the purported obligation arises,

b.) Provide evidence in the form of your book keeping entries that show where the "funds" originated.

c.) The injured party petitioner/libellant/Claimant, exhausted his Administrative Remedy and served the Libellee/Respondent, INDYMAC BANK, a Conditional Acceptance of their claim upon submitting Proof of claim.

d) The injured party petitioner/libellant/Claimant served, in Honor, a Letter Rogatory to show their documents of their claim.

e.) The injured party petitioner/libellant/Claimant served an Affidavit, by this injured party declaring, Affiant had not seen or been presented with any material fact or evidence of a claim and believed none exists.

f.) The above three (3) documents were served by First Class U.S. Mail, Certified Mail # 7006 0100 0005 6183 2227, Return Receipt Requested on the Libellee/Respondent, INDYMAC BANK on September 13, 2007 by Barbara G. Dominguez a Notary Public of the State of California, an independent third party.

g.) The respondent received the documents on September 15, 2007 as indicated by the US. Postal Service Tracking Number.

h.) Respondent was given the mandatory 3 days to respond, not including the day of receipt, and 3 additional days for mailing their reply.

i.) The time expired on September 28, 2007 with no response from the Respondent.

j.) On or before October 9, 2007, a NOTICE OF FAULT - OPPORTUNITY TO CURE was served by First Class U.S. Mail, Certified Mail # 7006 0100 0005 6183 7123, Return Receipt Requested on the Libellee/Respondent, INDYMAC BANK by Barbara G. Dominguez, a Notary Public of the State of California, an independent third party.

k.) Respondent was given the mandatory 3 days to respond, not including the day of receipt, and 3 additional days for mailing their reply.

l.) The time expired on October 18, 2007 with no response from the respondent.

m.) On or before October 18, 2007, a NOTICE OF DEFAULT and CERTIFICATE OF DISHONOR, by NOTORIAL PROTEST, was served by First Class U.S. Mail, Certified Mail # 7006 0100 0005 6175 7056 Return Receipt Requested on the Libellee/Respondent, INDYMAC BANK by Barbara G Dominguez, a Notary Public of the State of California, an independent third party.

n.) On October 18, 2007, the Libellee/Respondent, INDYMAC BANK was sent an INVOICE and NOTICE FOR DEMAND AND SETTLEMENT FOR CLOSING OF THE ESCROW by Certified Mail # 7006 0100 0005 6175 7056

o.) The respondent received the documents; INVOICE and NOTICE FOR DEMAND AND SETTLEMENT FOR CLOSING OF THE ESCROW on October 21, 2007.

p.) Libellee/Respondent, INDYMAC BANK was given 30 days for Settlement and for Closing of the Escrow.

q.) The 30 days expired on November 20, 2007 without a response from the Libellee/Respondent INDYMAC BANK.

r.) The Libellees/Respondents failed to respond and answer and are in Collateral Estoppel, Tacit Procuration, Stare Decisis, Estoppel, by Acquiescence and Res Judicata by Agreement and cannot proceed, Administrative or Judicial without committing perjury and causing further injury to the injured party petitioners/libellants/ Claimants.

13.) The RECORD shows that INDYMAC BANK is now resorting to ridicule to avoid the obvious established fact that there is no debt due and owing INDYMAC BANK.

14.) I am unschooled in law and if the terms I have used are confusing I apologize and will be honored to clarify any specific definition, in doubt, to settle and close this matter in harmony with the post bankruptcy public policy of the UNITED STATES inc.

15.) INDYMAC BANK had ample opportunity to ask for a more definitive statement.

16.) The RECORD shows that no such request for a more definitive statement was executed.

17.) Federal Rules of Civil Procedure provide for default judgment by the clerk for a failure to appear and defend.

18.) The Protest evidences INDYMAC BANK'S agreement, consent and stipulation to our position.

19.) A declaratory judgment establishing INDYMAC BANK'S default is appropriate.

20.)   Our yea is Our yea and our nay is our nay.

Dated this 15th day of February, 2008

*[signature: Luz Maria Urzua]*
By: authorized representative
Without recourse


*[signature: Cesar Quebrantes Martinetti]*

By: Authorized representative

Without recourse

|    |    |    |
|----|----|----|
| 1  | UNITED STATES DISTRICT COURT | |
| 2  | NORTHERN DISTRICT OF CALIFORNIA | |
| 3  | | |
| 4  | | |
| 5  | LUZ-MARIA URZUA and | ) Case No.: No. 07-CV-05932-JSW |
| 6  | CESAR ANCHANTE-MARTINETTI, | ) ORDER |
| 7  | C/o 6787 Hillsview Dr, | ) March 28th, 2008 at 9:00AM |
| 8  | Vacaville, California Zip Code | |
| 9  | Exempt, | |
| 10 | LibellantS, | |
| 11 | vs. | |
| 12 | INDYMAC BANK, MIKE PERRY et. al. | |
| 13 | Suite 302 | |
| 14 | C/o 650 North Sierra Madre Villa Av. | |
| 15 | Pasadena, California [91107] | |
| 16 | Libellee, | |

17

18 This matter came to be heard on the 28th day of March, 2008. After
19 consideration and for good cause shown it is hereby adjudged and decreed
20 that:
21   1. Plaintiff's claim is well founded and
22   2. Plaintiff is entitled to relief as outlined in his perfected
23      administrative procedure.
24  It is so ORDERED.
25

AMMENDED COMPLAINT - 1 OF 2

1
2                                          Luz-Maria Uezua
3
4
5                                          Cesar Anchante-Martinetti
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

AMMENDED COMPLAINT - 2 OF 2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ-MARIA URZUA and<br><br>CESAR ANCHANTE-MARTINETTI<br><br>C/o 6787 HillsView Dr<br><br>Vacaville, California Zip Code Exempt<br><br>       Libellant,<br><br>  vs.<br><br>INDYMAC BANK, MIKE PERRY<br><br>Suite 302<br><br>c/o 650 North Sierra Madre Villa Av.<br><br>Pasadera, CA<br><br>       Libellees | ) Case No.: No. C 07-05932-JSW<br>)<br>) CERTIFICATE OF SERVICE |

Now, by special appearance, comes Luz-Maria: Urzua and Cesar: Anchante-Martinetti, the flesh and blood woman and man, Sui Juris and unschooled in law, hereinafter referred to as we, me, my, I or the like, to make the following NOTICE with clean hands, full disclosure and no intent to defraud, furthermore, the following first hand asseverations are true, complete, certain and not meant to mislead or delay.

    1.) We are of legal age, competent to testify and under no
          Legal disability.

2.)    This is to certify that on February 15th, 2008 we placed a true and accurate copy of the enclosed MEMORANDUM CONTRA RE-NOTICE OF MOTION TO DISMISS COMPLAINT AND ORDER in the U.S. mail with postage prepaid and addresses as follows:

```
INDYMAC BANK
C/o JOHN J. KTALIK 0091206, esquire
650 North Sierra Madre Villa Avenue
Suite 320
Pasadera, California (91107)
```

With certified mail # 7006 0100 0005 6183 7000 and depositing it with the U. S. Postal Service

Dated this 15th day of February, 2008

*[signature]*
By: authorized representative
Without recourse


*[signature]*

By: authorized representative

Without recourse