1    John J. Kralik No. 91206
     Michael B. Wilson, No. 233633
2    **KRALIK & JACOBS**
     650 North Sierra Madre Villa Avenue, Suite 302
3    Pasadena, California 91107
     Telephone: (626) 351-4800
4    Facsimile: (626) 351-4808

5    Attorneys for Defendant INDYMAC BANK, F.S.B.,
     and MICHAEL PERRY

6

7

8               UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11   LUZ-MARIA URZUA, CESAR | Case No.: 07-CV-05932-JSW |
| 12   ANCHANTE-MARTINETTI | |
|         Libellant, | |
| 13 | REPLY MEMORANDUM IN SUPPORT OF |
|        v. | MOTION TO DISMISS COMPLAINT |
| 14 | |
| 15   INDYMAC BANK, MIKE PERRY, | |
|    PRESIDENT, US Vessel, DOES, ROES and | Date:   April 4, 2008 |
| 16   MOES 1-100 et al, US Vessel sand, | |
|         Libellees, | Time: 9:00 a.m. |
| 17 | |
| 18 | Crtrm.: 2, 17th Floor |
| 19   Luz-Maria:Urzua, Cesar: Anchante-Martinetti | |
|    Lien Holder of the Vessel, the Real Party In | |
| 20   Interest, Lawful Woman, Man Injured Third | THE HON. JEFFREY S. WHITE |
|    Party Intervener/Petitioner/Libellant, | |
| 21 | |
| 22       v. | |
| 23 | |
| 24   INDYMAC BANK, MIKE PERRY, | |
|    PRESIDENT, U.S. Vessel DOES, ROES, and | |
| 25   MOES 1-100 et al US VESSELS | |
|    INDIVIDUALLY AND SEVERALLY Third | |
| 26   Party Defendants/Libellees | |
| 27 | |
| 28   /// | |

---

1    IndyMac Bank, F.S.B. and Michael Perry (collectively "IndyMac") provide this reply

2    memorandum in support of their motion to dismiss the Complaint of Luz-Maria Urzua and Cesar

3    Anchante-Martinetti ("Plaintiffs") with prejudice for failure to state a claim.  Plaintiffs'

4    "Memorandum Contra Re-Notice of Motion to Dismiss Complaint", filed in opposition to

5

6    IndyMac's motion to dismiss, does nothing more than restate the ineffectual allegations made in

7    the Complaint; Plaintiffs continue to fail to state a coherent claim for relief against IndyMac.

8

9    I. PLAINTIFFS' ALLEGATIONS REGARDING AN "ADMINISTRATIVE REMEDY" FAIL

10              TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED.

11

12    As noted in IndyMac's Motion to Dismiss, Plaintiff's Complaint is an apparent

13    variant of an internet scam; similar complaints have already been considered and dismissed

14    by federal courts.[1]  This scam apparently involves sending various official looking, notarized

15    documents to a lender (in this case, IndyMac Bank), setting an arbitrary period by which the

16    lender must respond, and then invoking a fictitious "administrative remedy" in an attempt to

17

18    erase the Plaintiff's mortgage.  It does not appear to matter whether a lender attempts to

19    respond to the correspondence, or does not respond.  In either case, the administrative

20    remedy proceeds and the mortgage debt is erased.[2]

21

22

23    [1] See Request for Judicial Notice, filed concurrently with Defendants' moving papers.

24    [2] Plaintiff notes that, in order to respond to her satisfaction, IndyMac must provide "the original note, both back

25    and front, upon which the purported obligation arises". (Memorandum Contra Re-Notice of Motion to Dismiss

26    Complaint, 3:4-5.)  This is a convenient Catch-22; if IndyMac were to respond by providing the original note,

27    Plaintiff would then be in possession of the original note and would have presumptively paid the obligation.  If

28    IndyMac does not provide the note, then Plaintiff simply forges on with her "administrative remedy".

1    Although it is never coherently described in the Complaint, the sole connection

2    between the parties in this case is a mortgage loan made by IndyMac to Plaintiffs. Again,

3    there is no basis here to invoke maritime law or admiralty jurisdiction; the facts of this case

4
5    have nothing to do with any navigable waters, boats, or incidents upon any navigable waters

6    or boats. (See *Norfolk S. Ry. Co. v. Kirby*, 543 U.S. 14 (2004)(generally explaining how to

7    ascertain whether a contract arises under maritime or admiralty law).) Furthermore, short of

8    actually paying the loan, there is no summary process – be it an "administrative remedy" or

9    otherwise - by which a mortgage loan can be eliminated. Urzua and Martinetti have either
10
11   concocted or fallen prey to a scam designed to defraud mortgage lenders out of their right to

12   repayment. As has already been determined by other federal courts, the "administrative

13   remedy" process described in both the Complaint and in Plaintiffs' "Memorandum Contra"

14   has no legal significance and cannot form the basis for a claim against IndyMac or its

15   president.
16
17   ///

18   ///

19   ///

20   ///

21   ///
22
23   ///

24   ///

25   ///

26   ///
27
28   ///

1

II.    CONCLUSION

2

Urzua and Martinetti have failed to state any cognizable claim against IndyMac Bank.

3

Plainitiffs' "administrative remedy" is a fictitious construct designed to simulate legal

4

5

proceedings; the process has no legal value or effect.  IndyMac respectfully requests that this

6

Court grant its motion and dismiss the complaint without leave to amend.

7

8

Dated: February 26, 2008

9

KRALIK & JACOBS

10

11

By _Michael B. Wilson_

12

Michael B. Wilson

13

Attorneys for Defendant INDYMAC BANK,
F.S.B. and MICHAEL PERRY

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS COMPLAINT
4

**Proof of Service**

The undersigned declares:

I am above the age of eighteen years, and not a party to this action or proceeding. I am employed in the office of a member of the bar of this court, at whose direction this service is made. My business address is 650 N. Sierra Madre Villa Avenue, No. 302, Pasadena, CA 91107. On February 26, 2008, I served the foregoing REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS COMPLAINT on the plaintiff and other interested parties in this action by placing a true and correct copy thereof in a sealed envelope, with postage thereon fully prepaid, in the United States Mail at Pasadena, California addressed as follows:

Luz-Maria Urzua                          Luz-Maria Urzua
Cesar Anchante-Martinetti                Cesar Anchante-Martinetti
6787 Hillsview Drive                     3801 North Lake Road
Vacaville, CA 95688                      Merced, CA 95340


Luz-Maria Urzua
Cesar Anchante-Martinetti
2041 Legends Court
Merced, CA 95340

Luz-Maria Urzua
Cesar Anchante-Martinetti
3785 North Lake Road
Merced, CA 95340


I declare under penalty of perjury that the foregoing is true and correct. Executed this 26th day of February, 2008, in Los Angeles County, California.

Larina Ross

Larina Ross

REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS COMPLAINT
5