FILED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

1

2

3

4

5   LUZ-MARIA URZUA

6   CESAR ANCHANTE-MARTINETTI

7    C/o 6787 Hillsview Dr,

8   Vacaville, California Zip Code

9   Exempt,

10          Libellants,

11     vs.

12  INDYMAC BANK, MIKE PERRY et. Al.

13  Suite 302

14  C/o 650 North Sierra Madre Villa Ave

15  Pasadena, California [91107]

16          Libellee,

Case No.: No. C 07-CV-05932-JSW

JOINT CASE MANAGEMENT STATEMENT

17  Pursuant to Local Rule 16-9 this is my part of the joint statement.

18  1.    JURISDICTION AND SERVICE

19     Libellant does not know how many JOHN DOES are responsible in this

20  matter. MIKE PERRY is the president and has been noticed of the dishonest

21  actions of his subordinates. MIKE PERRY has a fiduciary duty to account to

22  me. INDYMAC BANK is a national bank, chartered in the U.S. and subject to

23  equitable principals by it's charter.

24

25

1    2.    FACTS

2    INDYMAC BANK claims a leinhold right in a certain property. I have

3    demanded that INDYMAC BANK provide certain evidence of the purported debt,

4    see administrative procedure. INDYMAC BANK has refused or neglected to

5    provide any evidence that any leinhold exists. INDYMAC BANK has never,

6    until now, asked for a more definitive statement or indicated any

7    confusion with my questions. The administrative judgement is attached to

8    the complaint.

9    3.    LEGAL ISSUES

10    INDYMAC BANK is a national bank chartered in the U.S. and subject to the

11    jurisdiction thereof. INDYMAC BANK has behaved in a manner inconsistent

12    with it's charter and the agreement. The U.S. is the parent corporation of

13    INDYMAC BANK and as such, the only entity to hold INDYMAC BANK accountable

14    for it's ultra vires actions.

15

16    Ultra.vires. A term used to express the action of a corporation which is beyond the powers conferred upon it by its charter, or the statutes under which it was instituted. 13 Am. Law Hev. 632. *"Ultra vires"* is also sometimes applied to an act which, though within the powers of a corporation., is not binding on it because the consent or agreement of the corporation has not been given in the manner required by its constitution. Thus, where a company delegates certain powers to its directors, all acts done by the directors beyond the scope of those powers are *Ulltra vires,* and not

17    binding on the company, unless it subsequently ratifies them..- Black's 2nd ed. Law Dictionary

18    This court is a court of equity and has jurisdiction over pledge cases in

19    it's maritime capacity. The basic issue is this; does a national bank have

20    a continuing duty to operate with clean hands and how is one man to hold

    them to that standard?

21    4.    MOTIONS

22    I do not see the need for any motions except to attach JOHN DOES as they

23    become known.

24    5.    AMENDMENT OF THE PLEADINGS

25    I foresee no need of further amendments at this time.

6.    EVIDENCE PRESERVATION

I have requested several pieces of evidence which INDYMAC BANK has
refused or neglected to provide or at least show, such as, the front
and back original note, an accounting of where the funds came from to
originate the "loan" and any bookepping

entries from the transaction in question.

7.    DISCLOSURES

See number 6 above.

8.    DISCOVERY

See number 6 above.

9.    CLASS ACTION

We are not aware of this being a class action matter.

10.    RELATED CASES

1st National Bank of Montgomery Minnesota v. Jerome Daly, see attached
and In Re foreclosure cases, see attached.

11.    RELIEF

Damages in the amount of $75,358,831.56 and a release of lein on the
subject property.

12.    SETTLEMENT AND ADR

We talked one time with MICHAEL B. WILSON esquire about this
statement. We have waited until now for his promised portion.

The administrative process that we perfected is an ADR. We have
appointed MICHAEL B. WILSON, 1V esquire as co-fiduciary trustee to use
our

exemption to settle and close any debt owed to INDYMAC BANK.

13.    CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES

I do not consent to a magistrate judge for all purposes.

14.    OTHER REFERENCES

I have nothing to say about this right now.

15. NARROWING OF ISSUES

Libellees have already confessed judgment.

16. EXPEDITED SCHEDULE

A summary judgment is appropriate since INDYMAC BANK has failed to defend.

17. SCHEDULING

There is no controversy. INDYMAC BANK has confessed judgment.

18. TRIAL
There is no controversy to try. This is a declaratory judgment matter.

19. DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS

None known.

20. SUCH OTHER MATTERS TO FACILITATE THE JUST, SPEEDY AND INEXPENSIVE DISPOSITION OF THIS MATTER

Reserved.

Luz-Maria Urzua

Cesar Anchante-Martinetti

1        SUPERIOR COURT, STATE OF CALIFORNIA

2        UNITED STATES DISTRICT COURT

3        NORTHERN DISTRICT OF CALIFORNIA

4

5

             ) Case No.: No. C 07-05932-JSW

6 LUZ-MARIA URZUA      )

             )

7 CESAR ANCHANTE-MARTINETTI  ) **CERTIFICATE OF SERVICE**

             )

8 C/o 6787 Hillsview Dr,   )

             )

9 Vacaville, California Zip Code )

             )

10 Exempt,         )

             )

11     Libellants,   )

             )

12   vs.       )

             )

13 INDYMAC BANK, MIKE PERRY et. Al. )

             )

14 Suite 302       )

             )

15 C/o 650 North Sierra Madre Villa Ave )

16 Pasadena, California [91107]

17     Libellee,

18        CERTIFICATE OF SERVICE

19   Now, by special appearance, Luz-Maria Urzua and Cesar Anchante-

20 Martinetti, the flesh and blood woman and man, Sui Juris and unschooled in

21 law, hereinafter referred to as we, ours, me, my, I, or the like, to make the

22 following  NOTICE with clean hands, full disclosure and no intent to defraud,

23 furthermore, the following first hand asseverations are true, complete,

24 certain and not meant to mislead.

25 NOTICE is hereby given that:

1.)    We are of legal age, competent to testify and under no legal disability.

2.)    This is to certify that on March 4th, 2008 we placed a true and accurate copy of the enclosed JOINT CASE MANAGEMENT STATEMENT in the U. S. mail with postage prepaid and addressed as follows:

INDYMAC BANK, MIKE PERRY et. Al.

C/o MICHAEL B. WILSON, esquire

650 North Sierra Madre Villa Ave

Suite 302

Pasadena, California [91107]

   With certified mail number 7007 3020 0002 8856 7612

                          Dated this 4th day of March, 2008

                          By: authorized representative
                          Without recourse


                          _____

                          By: authorized representative

                          Without Recourse

CERTIFICATE OF SERVICE - 2 OF 2

Subject: [Tuesday_Knights] FW: Banks Lose to Deadbeat Homeowners as Loans Sold in Bonds Vanish

Banks Lose to Deadbeat Homeowners as Loans Sold in
Bonds Vanish

By Bob Ivry

Enlarge Image/Details

Feb. 22 (Bloomberg) -- Joe Lents hasn't made a payment on
his $1.5 million mortgage since 2002.

That's when Washington Mutual Inc. first tried to foreclose
on his home in Boca Raton, Florida. The Seattle-based
lender failed to prove that it owned Lents's mortgage note
and dropped attempts to take his house. Subsequent efforts
to foreclose have stalled because no one has produced the
paperwork.

``**If you're going to take my house away from me,
you better own the note,**'' said Lents, 63, the former
chief executive officer of a now-defunct voice recognition
software company.

Judges in at least five states have stopped foreclosure
proceedings because the banks that pool mortgages into
securities and the companies that collect monthly payments
haven't been able to prove they own the mortgages. The
confusion is another headache for U.S. Treasury Secretary
Henry Paulson as he revises rules for packaging mortgages
into securities.

``I think it's going to become pretty hairy,'' said Josh
Rosner, managing director at the New York-based
investment research firm Graham Fisher & Co. ``Regulators
appear to have ignored this, given the size and scope of the
problem.''

More than $2.1 trillion, or 19 percent, of outstanding
mortgages have been bundled into securities by private
banks, according to Inside Mortgage Finance, a Bethesda,
Maryland-based industry newsletter. Those loans may be
sold several times before they land in a security. Mortgage
servicers, who collect monthly payments and distribute
them to securities investors, can buy and sell the home
loans many times.

Housing Boom

Each time the mortgages change hands, the sellers are
required to sign over the mortgage notes to the buyers. In
the rush to originate more loans during the U.S. mortgage
boom, from 2003 to 2006, that assignment of ownership
wasn't always properly completed, said Alan White,
assistant professor at Valparaiso University School of Law in
Valparaiso, Indiana.

``Loans were mass produced and short cuts were taken,''
White said. ``A lot of the paperwork is done in the name of
the original lender and a lot of the original lenders aren't

around anymore.''

More than 100 mortgage companies stopped making loans, closed or were sold last year, according to Bloomberg data.

The foreclosure rate, at 1.69 percent of all U.S. homeowners, is the highest since the Mortgage Bankers Association began tracking it in 1993. The foreclosure rate for subprime borrowers, who have bad or incomplete credit and whose mortgages typically are securitized by private banks rather than government-sponsored entities Fannie Mae and Freddie Mac, is at a four-year high, according to the mortgage bankers.

750,000 Homeowners

More than 1.5 million homeowners will enter the foreclosure process this year, said Rick Sharga, executive vice president for marketing at RealtyTrac Inc., the Irvine, California-based seller of foreclosure information. About half of them, 750,000, will have their homes repossessed, Sharga said.

Borrower advocates, including Ohio Attorney General Marc Dann, have seized upon the issue of missing mortgage notes as a way to stem foreclosures.

''The best thing to do is to keep people in their homes and for everybody to take steps necessary to make that happen,'' said Chris Geidner, an attorney in Dann's office. ''These trusts are purchasing these notes, and before they even get the paperwork, they foreclose on people. They become foreclosure machines.''

Lost-Note Affidavits

When the mortgage servicers and securitizing banks that act as trustees of the securities fail to present proof that they own a mortgage, they sometimes file what's called a lost-note affidavit, said April Charney, a lawyer at Jacksonville Area Legal Aid in Florida.

Nobody knows how widespread the use of lost-note affidavits are, Charney said. She's had foreclosure proceedings for 300 clients dismissed or postponed in the past year, with about 80 percent of them involving lost-note affidavits, she said.

''They raise the issue of whether the trusts own the loans at all,'' Charney said. ''Lost-note affidavits are pattern and practice in the industry. They are not exceptions. They are the rule.''

State laws generally make it difficult to foreclose because they favor the homeowner, said Stuart Saft, a real estate lawyer and partner at the New York firm Dewey & LeBoeuf LLP.

''All these loan documents are being sent to the inside of a mountain in the middle of America and not being checked very carefully,'' Saft said. ''The lenders can't find the paper. We're dealing with a lot of paper produced in a

mortgage closing.''

`Waste of Time'

Requiring banks to produce the paperwork at a foreclosure hearing is a nuisance, said Jeffrey Naimon, a partner in the Washington office of Buckley Kolar LLP.

``It's a gigantic waste of time,'' Naimon said. ``The mortgage may have transferred five, six, eight times. It's possible that you don't have all the pieces of paper, but it was enough to convince the next guy in the chain. There's no true controversy over whether the owner owns the loan.''

Judges are becoming increasingly impatient with plaintiffs who produce no more proof of ownership than a lost-note affidavit or a copy of the note, said Michael Doan, an attorney at Doan Law Firm LLP in Carlsbad, California.

``Things are heating up,'' Doan said.

In Ohio, where RealtyTrac reported an 88 percent jump in foreclosures last year, Dann, the attorney general, is now arguing 40 foreclosure cases that challenge ownership of mortgage notes, according to his office.

`Cavalier Approach'

U.S. District Judge David D. Dowd Jr. in Ohio's northern district chastised Deutsche Bank National Trust Co. and Argent Mortgage Securities Inc. in October for what he called their ``cavalier approach'' and ``take my word for it'' attitude toward proving ownership of the mortgage note in a foreclosure case.

John Gallagher, a spokesman for Frankfurt-based Deutsche Bank AG, said the bank had no comment.

Federal District Judge Christopher Boyko dismissed 14 foreclosure cases in Cleveland in November due to the inability of the trustee and the servicer to prove ownership of the mortgages.

Similar cases were dismissed during the past year by judges in California, Massachusetts, Kansas and New York.

``Judges are human beings,'' said Kenneth M. Lapine, a partner at the Cleveland law firm Roetzel & Andress LPA. ``They no doubt feel the little guy needs all the help he can get against the impersonal, out of town, mega-investment banking company.''

Warning Plaintiffs

U.S. Bankruptcy Judge Samuel L. Bufford in Los Angeles issued a notice last month warning plaintiffs in foreclosure cases to bring the mortgage notes to court and not submit copies.

``This requirement will apply because developments in the secondary market for mortgages and other security

interests cause the court to lack confidence that presenting a copy of a promissory note is sufficient to show that movant has a right to enforce the note or that it qualifies as a real party in interest,'' the notice said.

- Quick foreclosures benefit communities because properties in default lose value and homeowners in financial distress don't maintain their houses or pay real estate taxes, said Saft of Dewey & Leboeuf.

Painted as the Enemy

``When banks originally made the loans they used people's money from pension funds and savings accounts and they should be allowed to foreclose the loan as quickly as possible before the property depreciates in value any more,'' Saft said. ``The mortgage industry has been painted as the enemy when all they did was make loans to enable people to buy homes. Now there's less money available for new borrowers to buy homes and that's what's causing the value of homes to go down.''

Lents is former CEO of Investco Inc., a Boca Raton, Florida-based developer of voice recognition software. In 2002, the U.S. Securities and Exchange Commission sanctioned Lents and others for stock manipulation, according to the SEC Web site. He lost his job, was fined and his assets were frozen. That's the reason he couldn't pay his mortgage, he said.

``If the homeowner doesn't object to the lost-note affidavit, the judge rubber-stamps it,'' Lents said. ``Is it oversight, or are they trying to get around the law?''

Washington Mutual spokeswoman Geri Ann Baptista said the bank had no comment.

Looking for Loopholes

``I can't believe the handling of notes is worse than it was five years ago,'' said Guy Cecala, publisher of Inside Mortgage Finance. ``What we didn't have back then were armies of attorneys out there looking for loopholes. People are challenging foreclosures and courts are paying a lot more attention to foreclosures than they ever did before.''

American Home Mortgage Investment Corp., the Melville, New York-based lender that filed for bankruptcy last August, said it was paying $45,000 a month to store loan paperwork and petitioned U.S. Bankruptcy Judge Christopher Sontchi in Wilmington, Delaware, for the right to toss it all. Sontchi ruled last week that American Home Mortgage could charge banks from $3 to $13 a file to retrieve documents.

The home-loan industry has had a central electronic database since 1997 to track mortgages as they are bought and sold. It's run by Mortgage Electronic Registration System, or MERS, a subsidiary of Vienna, Virginia-based MERSCORP Inc., which is owned by mortgage companies.

No Tracking Mechanism

MERS has 3,246 member companies and about half of outstanding mortgages are registered with the company, including loans purchased by government-sponsored entities Fannie Mae, Freddie Mac and Ginnie Mae, said R.K. Arnold, the company's CEO.

For about half of U.S. mortgages, there is no tracking mechanism.

MERS rules don't allow members to submit lost-note affidavits in place of mortgage notes, Arnold said.

`` A lot of companies say the note is lost when it's highly unlikely the note is lost,'' Arnold said. `` Saying a note is lost when it's not really lost is wrong.''

Lents's attorney, Jane Raskin of Raskin & Raskin in Miami, said she has no idea who owns Lents's mortgage note.

`` Something is wrong if you start from what I think is the reasonable assumption that these banks are not losing all of these notes,'' Raskin said. `` As an officer of the court, I find it troubling that they've been going in and saying we lost the note, and because nobody is challenging it, the foreclosures are pushed through the system.''

To contact the reporter on this story: Bob Ivry in New York at bivry@bloomberg.net.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| IN RE FORECLOSURE CASES | ) | **CASE NO. NO.1:07CV2282** |
|---|---|---|
| | ) | **07CV2532** |
| | ) | **07CV2560** |
| | ) | **07CV2602** |
| | ) | **07CV2631** |
| | ) | **07CV2638** |
| | ) | **07CV2681** |
| | ) | **07CV2695** |
| | ) | **07CV2920** |
| | ) | **07CV2930** |
| | ) | **07CV2949** |
| | ) | **07CV2950** |
| | ) | **07CV3000** |
| | ) | **07CV3029** |
| | ) | |
| | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| | ) | |
| | ) | |
| | ) | **OPINION AND ORDER** |
| | ) | |
| | ) | |

## CHRISTOPHER A. BOYKO, J.:

On October 10, 2007, this Court issued an Order requiring Plaintiff-Lenders in a

number of pending foreclosure cases to file a copy of the executed Assignment demonstrating

Plaintiff was the holder and owner of the Note and Mortgage *as of the date the Complaint*

*was filed*, or the Court would enter a dismissal. After considering the submissions, along

with all the documents filed of record, the Court dismisses the captioned cases without

prejudice. The Court has reached today's determination after a thorough review of all the

relevant law and the briefs and arguments recently presented by the parties, including oral

arguments heard on Plaintiff Deutsche Bank's Motion for Reconsideration. The decision, therefore, is applicable from this date forward, and shall not have retroactive effect.

## LAW AND ANALYSIS

A party seeking to bring a case into federal court on grounds of diversity carries the burden of establishing diversity jurisdiction. *Coyne v. American Tobacco Company*, 183 F. 3d 488 (6th Cir. 1999). Further, the plaintiff "bears the burden of demonstrating standing and must plead its components with specificity." *Coyne*, 183 F. 3d at 494; *Valley Forge Christian College v. Americans United for Separation of Church & State, Inc.*, 454 U.S. 464 (1982). The minimum constitutional requirements for standing are: proof of injury in fact, causation, and redressability. *Valley Forge*, 454 U.S. at 472. In addition, "the plaintiff must be a proper proponent, and the action a proper vehicle, to vindicate the rights asserted." *Coyne*, 183 F. 3d at 494 (quoting *Pestrak v. Ohio Elections Comm'n*, 926 F. 2d 573, 576 (6th Cir. 1991)). To satisfy the requirements of Article III of the United States Constitution, the plaintiff must show he has *personally suffered some actual injury* as a result of the illegal conduct of the defendant. (Emphasis added). *Coyne*, 183 F. 3d at 494; *Valley Forge*, 454 U.S. at 472.

In each of the above-captioned Complaints, the named Plaintiff alleges it is the holder and owner of the Note and Mortgage. However, the attached Note and Mortgage identify the mortgagee and promisee as the original lending institution — one other than the named Plaintiff. Further, the Preliminary Judicial Report attached as an exhibit to the Complaint makes no reference to the named Plaintiff in the recorded chain of title/interest. The Court's Amended General Order No. 2006-16 requires Plaintiff to submit an affidavit along with the Complaint, which identifies Plaintiff either as the original mortgage holder, or as an assignee,

-2-

trustee or successor-in-interest. Once again, the affidavits submitted in all these cases recite the averment that Plaintiff is the owner of the Note and Mortgage, without any mention of an assignment or trust or successor interest. Consequently, the very filings and submissions of the Plaintiff create a conflict. In every instance, then, Plaintiff has not satisfied its burden of demonstrating standing at the time of the filing of the Complaint.

Understandably, the Court requested clarification by requiring each Plaintiff to submit a copy of the Assignment of the Note and Mortgage, executed as of the date of the Foreclosure Complaint. In the above-captioned cases, *none* of the Assignments show the named Plaintiff to be the owner of the rights, title and interest under the Mortgage at issue as of the date of the Foreclosure Complaint. The Assignments, in every instance, express a present intent to convey all rights, title and interest in the Mortgage and the accompanying Note to the Plaintiff named in the caption of the Foreclosure Complaint upon receipt of sufficient consideration on the date the Assignment was signed and notarized. Further, the Assignment documents are all prepared by counsel for the named Plaintiffs. These proffered documents belie Plaintiffs' assertion they own the Note and Mortgage by means of a purchase which pre-dated the Complaint by days, months or years.

Plaintiff-Lenders shall take note, furthermore, that prior to the issuance of its October 10, 2007 Order, the Court considered the principles of "real party in interest," and examined Fed. R. Civ. P. 17 — "Parties Plaintiff and Defendant; Capacity" and its associated Commentary. The Rule is not *apropos* to the situation raised by these Foreclosure Complaints. The Rule's Commentary offers this explanation: "The provision should not be misunderstood or distorted. It is intended to prevent forfeiture when determination of the

-3-

proper party to sue is difficult or when an understandable mistake has been made. ... It is, in cases of this sort, intended to insure against forfeiture and injustice ..." Plaintiff-Lenders do not allege mistake or that a party cannot be identified. Nor will Plaintiff-Lenders suffer forfeiture or injustice by the dismissal of these defective complaints otherwise than on the merits.

Moreover, this Court is obligated to carefully scrutinize all filings and pleadings in foreclosure actions, since the unique nature of real property requires contracts and transactions concerning real property to be in writing. R.C. § 1335.04. Ohio law holds that when a mortgage is assigned, moreover, the assignment is subject to the recording requirements of R.C. § 5301.25. *Creager v. Anderson* (1934), 16 Ohio Law Abs. 400 (interpreting the former statute, G.C. § 8543). "Thus, with regards to real property, before an entity assigned an interest in that property would be entitled to receive a distribution from the sale of the property, their interest therein must have been recorded in accordance with Ohio law." *In re Ochmanek*, 266 B.R. 114, 120 (Bkrtcy.N.D. Ohio 2000) (citing *Pinney v. Merchants' National Bank of Defiance*, 71 Ohio St. 173, 177 (1904).[1]

This Court acknowledges the right of banks, holding valid mortgages, to receive timely payments. And, if they do not receive timely payments, banks have the right to properly file actions on the defaulted notes — seeking foreclosure on the property securing the notes. Yet, this Court possesses the independent obligations to preserve the judicial integrity of the federal court and to jealously guard federal jurisdiction. Neither the fluidity of

---

[1] Astoundingly, counsel at oral argument stated that his client, the purchaser from the original mortgagee, acquired complete legal and equitable interest in land when money changed hands, even before the purchase agreement, let alone a proper assignment, made its way into his client's possession.

-4-

the secondary mortgage market, nor monetary or economic considerations of the parties, nor the convenience of the litigants supersede those obligations.

Despite Plaintiffs' counsel's belief that "there appears to be some level of disagreement and/or misunderstanding amongst professionals, borrowers, attorneys and members of the judiciary," the Court does not require instruction and is not operating under any misapprehension. The "real party in interest" rule, to which the Plaintiff-Lenders continually refer in their responses or motions, is clearly comprehended by the Court and is not intended to assist banks in avoiding traditional federal diversity requirements.[2] Unlike Ohio State law and procedure, as Plaintiffs perceive it, the federal judicial system need not, and will not, be "forgiving in this regard."[3]

---

2

Plaintiff's reliance on Ohio's "real party in interest rule" (ORCP 17) and on any Ohio case citations is misplaced. Although Ohio law guides federal courts on substantive issues, state procedural law cannot be used to explain, modify or contradict a federal rule of procedure, which purpose is clearly spelled out in the Commentary. "In federal diversity actions, state law governs substantive issues and federal law governs procedural issues." *Erie R.R. Co. v. Tompkins*, 304 U.S. 63 (1938); *Legg v. Chopra*, 286 F. 3d 286, 289 (6th Cir. 2002); *Gafford v. General Electric Company*, 997 F. 2d 150, 165-6 (6th Cir. 1993).

3

Plaintiff's, "Judge, you just don't understand how things work," argument reveals a condescending mindset and quasi-monopolistic system where financial institutions have traditionally controlled, and still control, the foreclosure process. Typically, the homeowner who finds himself/herself in financial straits, fails to make the required mortgage payments and faces a foreclosure suit, is not interested in testing state or federal jurisdictional requirements, either *pro se* or through counsel. Their focus is either, "how do I save my home," or "if I have to give it up, I'll simply leave and find somewhere else to live."

In the meantime, the financial institutions or successors/assignees rush to foreclose, obtain a default judgment and then sit on the deed, avoiding responsibility for maintaining the property while reaping the financial benefits of interest running on a judgment. The financial institutions know the law charges the one with title (still the homeowner) with maintaining the property.

There is no doubt every decision made by a financial institution in the foreclosure process is driven by money. And the legal work which flows from winning the financial institution's favor is highly lucrative. There is nothing improper or wrong with financial institutions or law firms making a profit — to the contrary , they should be rewarded for sound business and legal practices. However, unchallenged by underfinanced opponents, the institutions worry less about jurisdictional requirements and more about maximizing returns. Unlike the focus of financial institutions, the federal courts must act as gatekeepers, assuring that only those who meet diversity and standing requirements are allowed to pass through. Counsel for the institutions are not without legal argument to support their position, but their arguments fall woefully short of justifying their premature filings, and utterly fail to satisfy their standing

## CONCLUSION

For all the foregoing reasons, the above-captioned Foreclosure Complaints are

dismissed without prejudice.

**IT IS SO ORDERED.**

**DATE: October 31, 2007**

S/Christopher A. Boyko
**CHRISTOPHER A. BOYKO**
**United States District Judge**

---

and jurisdictional burdens. The institutions seem to adopt the attitude that since they have been doing this
for so long, unchallenged, this practice equates with legal compliance. Finally put to the test, their weak
legal arguments compel the Court to stop them at the gate.

 The Court will illustrate in simple terms its decision: "Fluidity of the market" — "X" dollars,
"contractual arrangements between institutions and counsel" — "X" dollars, "purchasing mortgages in
bulk and securitizing" — "X" dollars, "rush to file, slow to record after judgment" — "X" dollars,
"the jurisdictional integrity of United States District Court" — "Priceless."

# FEDERAL RESERVE NOTES
# DECLARED UNCONSTITUTIONAL
# NULL AND VOID BY THE COURT

## MARTIN V. MAHONEY JUSTICE OF THE PEACE
## CREDIT RIVER TOWNSHIP SCOTT COUNTY, MINNESOTA

On January 6, 1969 this Court filed a Notice of Refusal to Allow Appeal with the Clerk at the District Court, Hugo L. Hentges, for the County of Scott and the State of Minnesota, which is as follows:

## NOTICE OF REFUSAL TO ALLOW APPEAL

TO: Hugo L. Hentges, Clerk of District Court, Plaintiff, First National Bank of Montgomery and Defendant Jerome Daly:

You will Please take Notice that the undersigned Justice of the Peace, Martin V. Mahoney, hereby, pursuant to law, refuses to allow the Appeal in the above entitled action, and refuses to make an entry of such allowance in the undersigned's Docket. The undersigned also refuses to file in the office of the clerk of the District Court in and for Scott County, Minnesota, a transcript of all the entries made in my Docket, together with all process and other papers relating to the action and filed with me as Justice of the Peace. The undersigned concludes and determines that **M.S.A. 532.38** was not complied with within 10 days after entry of Judgment in my Justice of the Peace Court Subdivision 4 thereof requires that $2.00 shall be paid within 10 days to the Clerk of the District Court for the use of the Justice before whom the cause was tried. Two so-called *"One Dollar"* Federal Reserve Notes issued by the Federal Reserve Bank at San Francisco L1278283C and Federal Reserve Bank of Minneapolis Serial No. 18041C697A were deposited with the Clerk of the District Court to be tendered to me.

These Federal Reserve Notes are not lawful money within the contemplation of the Constitution of the United States and are null and void. Further, the Notes on their face are not redeemable in Gold or Silver Coin nor is there a fund set aside anywhere for the redemption of said Notes.

However, this is a determination of a question of Law and Fact by the undersigned pursuant to the authority vested in me by the Constitution of the United States and the Constitution of the State of Minnesota. Plaintiff is entitled to be accorded full due process of Law before the Court in this present determination not to allow the Appeal.

If Plaintiff will file a brief on the Law and the Facts with this Court within 10 days, or if Plaintiff will file an application for a full and complete hearing before this Court on the determination, a prompt hearing will be set and if Plaintiff can satisfy this Court that said Notes are lawful money issued in pursuance of and under the authority of the Constitution of the United States of America the undersigned will stand ready and willing to reverse himself in this determination.

**TAKE NOTICE AND GOVERN YOURSELVES ACCORDINGLY.**

Dated January 6, 1969

**BY THE COURT**
/s/ Martin V. Mahoney
MARTIN V. MAHONEY
JUSTICE OF THE PEACE
CREDIT RIVER TOWNSHIP
SCOTT COUNTY, MINNESOTA

---

**MEMO**

I am bound by oath to support the Constitution of the United States and laws passed pursuant thereto and the Constitution and Laws of Minnesota not in conflict therewith. This is an important Case to both parties and involves issues, apparently, not previously decided before. It is also important to the public. The Clerk of the District Court is an officer of the Judicial Branch of the State of Minnesota. His act is the Act of the State. **U.S. Constitution, Article I, Section 10** provides *"No State Shall make any Thing but Gold and Silver Coin a Tender in Payment of Debts."* The tender of the two Federal Reserve Notes runs counter to the fundamental Law of the land, the Constitution of the United States of America. It appears on the face of it that the Notes are ineffectual for any purpose and that I am not justified in taking any steps toward the allowance of an Appeal in this case.

It is, however, the Order of this Court that the parties are entitled to a full hearing before this Court, and, if requested a full hearing will be granted.

Dated January 6, 1969

**BY THE COURT**
/s/ Martin V. Mahoney
MARTIN V. MAHONEY
JUSTICE OF THE PEACE
CREDIT RIVER TOWNSHIP
SCOTT COUNTY, MINNESOTA

---

**Minnesota Statutes Annotated 532.38** required that the Appellant, First National Bank of Montgomery deposit with the Clerk of the District Court within ten (10) days, Two ($2.00) Dollars (lawful money of the United States) for payment to the Justice of the Peace before whom the cause was tried. This is one of the conditions for the allowance of an appeal.

Two One ($1.00) Dollar Federal Reserve Notes were deposited with the Clerk of the District Court. One was issued by the Federal Reserve Bank of San Francisco, bearing Serial No. L12782836 and the other on deposit was issued by the Federal Reserve Bank of Minneapolis bearing Serial No. 180410697A.

This Court determined that said Notes on their face were contrary to **Article I, Section 10 of the Constitution of the United States** and also based upon the evidence deduced at the hearing on December 7, 1968, the Notes were without any lawful consideration and therefore were void; however, this Court indicated it would give the Plaintiff, First National Bank of Montgomery, a full and complete hearing with reference to this issue.

No hearing was requested by Plaintiff, First National Bank. This Court was ordered to show cause before the District Court. The Order to Show Cause is as follows:

**IN DISTRICT COURT STATE OF MINNESOTA COUNTY OF SCOTT**
**FIRST JUDICIAL DISTRICT**

```
First National Bank
     of Montgomery, Minnesota,
            Plaintiff,
          vs.
Jerome Daly,
            Defendant.
```

## ORDER TO SHOW CAUSE

On reading the application for an Order attached hereto, and on Motion and Affidavit of Theodore R. Melby, Attorney for Plaintiff, due showing having been made that an exigency exists.

**IT IS ORDERED,** that Martin V. Mahoney, Justice of the Peace, Credit River Township, County of Scott, State of Minnesota, appear in person before the above Court at 10:00 a.m., Friday, January 17, 1969, at the Special Term of Court of Scott, State of Minnesota or as soon thereafter as counsel can be heard to show cause why he should not file in the office of the Clerk of District Court, First Judicial District, County of Scott, State of Minnesota, a transcript of all the entries made in his docket, together with all process and other papers relating to the above identified cause of action in his possession or the possession of any other Justice of the Peace of the State of Minnesota.

LET THIS ORDER APPLICATION FOR ORDER, AFFIDAVIT, all heretofore attached, be served on Martin V. Mahoney by leaving with him copies of the same and exhibiting this original ORDER with the signature of the Judge of District Court hereto, affixed, service to be made forthwith.

Dated at Shakopee, Minnesota this 8th day of January, 1969.

BY THE COURT /s/ Harold E. Flynn Judge of District Court, Therefore, upon Motion of Defendant Jerome Daly, this Court ordered a hearing before this Court on January 22, 1969 at 7:00 p.m.. The First National Bank of Montgomery made no appearance although service of the Motion and Order was served upon Ralph Hendrickson, its Cashier on January 20, 1969. No continuance was requested by Plaintiff or its Attorney. The Defendant appeared by and on behalf of himself. After waiting for one hour for the Bank or its representative to appear the Court received the testimony of Defendant bearing upon the issue of the validity of the Federal Reserve Notes. Now, Therefore based upon all the files, records and proceedings herein and the evidence offered, this Court makes the following Findings of Fact, Conclusions of Law, Judgment and Determination with reference to the allowance of an appeal.

### FINDINGS OF FACT, CONCLUSIONS OF LAW, JUDGMENT AND DETERMINATION.

1. That the Federal Reserve Banking Corporation, is a United States Corporation with twelve (12) banks throughout the United States, including New York, Minneapolis and San Francisco. That the First National Bank of Montgomery is also a United States Corporation incorporated and existing under the laws of the United States and is a member of the Federal Reserve System, and more specifically, of the Federal Reserve Bank of Minneapolis.

2. That because of the interlocking control activities, transactions and practices, the Federal Reserve Banks and the National Banks are for all practical purposes, in the law, one and the same bank.

3. As is evidenced from the book: *"The Federal Reserve System; Its Purposes and Functions,"*; (1st Ed.) pages 74 to 78 and 177 and 180, put out by the Board of Governors of the Federal Reserve System, Washington, D.C., 1963, and from other evidence adduced herein, the said Federal Reserve Banks and National Banks create money and credit upon their books and exercise the ultimate prerogative of expanding and reducing the supply of money or credit in the United States. See especially page 75 of the Manual.

This creation of money or credit upon the Books of the Banks constitutes the creation of fiat money by bookkeeping entry.

Ninety per cent or more of the credit never leaves the books of the Banks as the Banks produce no specie as backing.

When the Federal Reserve Banks and National Banks acquire United States Bonds and Securities, State Bonds and Securities, State Subdivision Bonds and Securities, mortgages on private Real property and mortgages on private personal property, the said banks create the money and credit upon their books by bookkeeping entry. The first time that the money comes into existence is when they create it on their bank books by bookkeeping entry. The banks create it out of nothing. No substantial fund of gold or silver is back of it, or any fund at all.

The mechanics followed in the acquisition of United States Bonds are as follows: The Federal Reserve Bank places its name on a United States Bond and goes to its banking books and credits the United States Government for an equal amount of the face value of the bonds. The money or credit first comes into existence when they create it on the books of the bank. National Banks do the same except they must have One ($1.00) Dollar in Credit on hand for every Four ($4.00) Dollars they create.

The Federal Reserve Bank of Minneapolis obtains Federal Reserve Notes in denominations of One ($1.00) Dollar, Five, Ten, Twenty, Fifty, One Hundred, Five Hundred, One Thousand, Ten Thousand, and One Hundred Thousand Dollars for the cost of the printing of each note, which is less than one cent. The Federal Reserve Bank must deposit with the Treasurer of the United States a like amount of Bonds for the Notes it receives. The Bonds are without lawful consideration, as the Federal Reserve Bank created the money and credit upon their books by which they acquired the Bond. With their bookkeeping created credit, National Banks obtain these notes from the Federal Reserve banks.

The net effect of the entire transaction is that the Federal Reserve Bank and the National Banks obtain Federal Reserve Notes comparable to the ones they placed on file with the Clerk of District Court, and a specimen of which is above, for the cost of printing only. Title **31 U.S.C., Section 462 (392)** attempts to make Federal Reserve Notes a legal tender

for all debts, public and private. See page 72. From 1913 down to date, the Federal
Reserve Banks and the National Banks are privately owned. As of March 18, 1968, all
gold backing is removed from the said Federal Reserve Notes. No gold or silver backs up
these notes.

The Federal Reserve Notes in question in this case are unlawful and void upon the
following grounds.

1. Said Notes are fiat money, not redeemable in gold or silver coin upon their face,
   not backed by gold or silver, and the notes are in want of some real or substantial
   fund being provided for their payment in redemption. There is no mode provided
   for enforcing the payment of the same. There is no mode provided for the
   enforcement of the payment of the Notes in anything of value.
2. The Notes are obviously not gold or silver coin.
3. The sole consideration paid for the One Dollar Federal Reserve Notes is in the
   neighborhood of nine-tenths of one cent, and therefore, there is no lawful
   consideration behind said Notes.
4. That said Federal Reserve Notes do not conform to **Title 12, United States Code,
   Sections 411** and **418. Title 31 USC, Section 462 (392)**, insofar as it attempts to
   make Federal Reserve Notes and circulating Notes of Federal Reserve Banks and
   National Banking Associations a legal tender for all debts, public and private, it is
   unconstitutional and void, being contrary to **Article I, Section 10, of the
   Constitution of the United States**, which prohibits any State from making
   anything but gold and silver coin a tender, or impairing the obligation of
   contracts.

Now, therefore, by virtue of the authority vested in me pursuant to the **Declaration of
Independence**, the **Northwest Ordinance of 1787**, the **Constitution of the United
States of America** and the **Constitution of the State of Minnesota,**

It is hereby **DETERMINED, ORDERED AND ADJUDGED**, that the Appeals Statutes
of the State of Minnesota for Civil Appeals from the Court to the District Court is not
complied with within 10 days after entry of Judgement. Therefore the Appeal is not
allowed by this Court and my docket so shows.

Dated February 5, 1969

**BY THE COURT**
/s/ Martin V. Mahoney
MARTIN V. MAHONEY
JUSTICE OF THE PEACE
CREDIT RIVER TOWNSHIP
SCOTT COUNTY MINNESOTA

## MEMORANDUM

The division and separation of the three great powers of government, the Executive, the Legislative and the Judicial and the principle that these powers should be forever kept separate and distinct as of vital importance to the maintenance and establishment of a free government, without which this Republic cannot possibly survive.

The particular wording of the **Declaration of Independence** which set up an obsolete cut off with the British form of Government is contained in the first two paragraphs thereof.

Thereafter the Constitution was ordained and established as a law for the government by the People of the United States.

All legislative powers granted are vested in the Congress of the United States consisting of a House of Representatives and a Senate elected as representatives of all the people.

*"Judicial Power"* is defined in **Black's Law Dictionary** as the authority vested by Courts and Judges, as distinguished from the Executive and Legislative power.

*"Cases and Controversies"* is defined in **Blacks' Law Dictionary** - *"This term as used in the Constitution of the United States embraces claims or contentions of litigants brought before the Court for adjudication by regular proceedings for the protection of wrongs; and whenever the claim or contention of a party takes such a form that the Judicial Power is capable of acting upon it, it has become a case or controversy."* See **Interstate Commerce Commission vs. Brimson**, 154 U.S. 447, 14 Sup. Crt. 1125, 38 Law Ed. 1047; **Smith vs. Adams**, 130 U.S. 1679, 32 L.Ed.. 895.

Under our form of government every American, individually or by representation, is the high and supreme sovereign authority. The authority at each of the three departments of government is defined and established.

It is entirely fitting and proper to observe that in all instances between the states and the United States, and the people, there is no such thing as the idea of a compact between the people on one side and the government on the other. The compact is that of the people with each other to produce and constitute a government.

To suppose that any government can be a party to a compact with the whole people, is supposing it to have an existence before it can have a right to exist.

The only instance in which a compact can take place between the people and those who exercise the government, is that the people shall pay them while they choose to employ them.

A Constitution is the property of the nation and more specifically of the individual, and not those who exercise the government. All the Constitutions of America are declared to be established in the authority of the people.

The authority of the Constitution is grounded upon the absolute, God-given free agency of each individual, and this is the basis of all powers granted, reserved or withheld in the authorization of every word, phrase, clause or paragraph of the Constitution. Any attempt by Congress, the President or the Courts to limit, change or enlarge even the most claimed insignificant provision is therefore ultra vires and void ab initio.

When considering the United States Constitution, one must absolutely and completely clear his mind of all British, monarchical, papal, clergical, continental, financial, or other alien influences or conceptions of government the rights of the individual and what is Constitutional.

Our Constitution stands absolute and alone.

It must be read in the light of all engagements entered into before its adoption including the Declaration of Independence and the privileges and immunities secured by Common Law confirmed by Magna Charta and other English Charters, excepting there from all clerical, papal and monarchical nonsense.

No one applying the Constitution to any situation has any business, right or duty to look in any direction for sovereignty but toward the people. Any attempt or inclination to do so is a violation of one's oath and continuing duty to uphold, maintain and support the Constitution of the United States of America.

See **Waring vs. Mayor of Savannah**, 60 Georgia, Page 93, where it is quoted as follows:

> *"In this State as well as in all republics, it is not the Legislature, however transcendent its powers, who are supreme - but the people - and to suppose that they may violate the fundamental law, is, as has been most eloquently expressed, to affirm that the deputy is greater than his principal; that the servant is above his master, that the representatives of the people are superior to the people themselves; that men acting by virtue of delegated power may do not only what their powers do not authorize, but what they forbid."*

The law is made by the Legislature, but applied by the Courts.

See generally Mr. Justice Story's commentaries on the Constitution found in **Story on the Constitution, Vol. 1, Section 198** through **280** on the History of the Revolution and the Confederation, origin of the Confederation, analysis of the Articles of the Confederation and the Decline and Fall of the Confederation including the reasons for it, which in chief was a debasement of our money and currency by the banks, similar to what is taking place in the United States today.

For authority to support the proposition that an Act of Congress in violation of the Constitution confers no rights or privileges see **16 Am. Jur. 2d** *"Constitutional Law,"*; **Sections 177 thru 179**

**Article I, Section 10 of the United States Constitution** provides that no State shall make any Thing but gold and silver coin a legal tender in payment of debts.

The act of the Clerk of the District Court is the act of the State. The Clerk of the District Court is the agent of the Judicial Branch of the Government of the State of Minnesota. See **Briscoe et al vs. The Bank of the Commonwealth of Kentucky,** 11 Peters Reports at Page 319, *"A State can act only through its agents; and it would be absurd to say that any act was not done by a State which was done by its authorized agents."*

For the Justice Fees the bank deposited with the Clerk of District Court the two Federal Reserve Notes. The Clerk tendered the Notes to me. My sworn duty compelled me to refuse the tender. This is contrary to the Constitution of the United States. The States have no power to make bank notes a legal tender. See **35 Amer. Jur. on Money, Section 13**. Only gold and silver coin is a lawful tender.

See also **36 Am. Jur. on Money, Section 9**. Bank Notes are a good tender on money unless specifically objected to. Their consent and usage is based upon the convertibility of such notes to coin at the pleasure of the holder upon presentation to the bank for redemption. When the inability of a bank to redeem its notes is openly avowed they instantly lose their character as money and their circulation as currency ceases.

There is also no lawful consideration for these notes to circulate as money. The banks actually obtained these notes for the cost of the printing. There is no lawful consideration for said Notes.

A lawful consideration must exist for these Notes to circulate as money. The banks actually obtained these notes for the cost of the printing. There is no lawful consideration for said Notes.

A lawful consideration must exist for a Note. See **17 Amer. Jur. 2d on Contracts, Section 85** and also **Sections 215, 216** and **217** of **11 Amer. Jur. 2nd on Bills and Notes**. As a matter of fact, the *"Notes"*; are not Notes at all as they contain no promise to pay.

The activity of the Federal Reserve Banks of Minneapolis, San Francisco and the First National Bank of Montgomery is contrary to public policy and the Constitution of the United States and constitutes an unlawful creation of money and credit is not warranted by the Constitution of the United States.

The Federal Reserve and National Banks exercise an exclusive monopoly and privilege of creating credit and issuing their Notes at the expense of the public, which does not

receive a fair equivalent. This scheme is obliquely designed for the benefit of an idle monopoly to rob, blackmail and oppress the producers of wealth.

The **Federal Reserve Act** and the **National Bank Act** is in its operation and effect contrary to the whole letter and spirit of the Constitution of the United States, confers an unlawful and unnecessary power on private parties; holds all of our fellow citizens in dependence; is subversive to the rights and liberties of the people. It has defied the lawfully constituted Government of the United States. The **Federal Reserve** and **National Banking Acts** and **Sec. 462 (392)** of **Title 31, U.S.C.** are not necessary and proper for carrying into execution the legislative powers granted to Congress or any other powers vested in the Government of the United States, but, on the contrary, are subversive to the rights of the People in their rights to life, liberty and Property. The aforementioned acts of Congress are unconstitutional and void and I so hold.

The meaning of the Constitutional provision *"No State Shall make any Thing but Gold and Silver Coin a tender in payment of debts"* is direct, clear, unambiguous and without any qualification. This Court is without authority to interpolate any exception. My duty is simple to execute it, as written, and to pronounce the legal result. From an examination of the case of **Edwards v. Kearzev**, 96 U.S. 595, the Federal Reserve Notes (fiat money), which are attempted to be made a legal tender, are exactly what the authors of the Constitution of the United States intended to prohibit. No State can make these Notes a legal tender, are exactly what the authors of the Constitution of the United States intended to prohibit. No State can make these Notes a legal tender. Congress is incompetent to authorize a State to make the Notes a legal tender. For the effect of binding Constitutional provisions see **Cooke v. Iverson**, 108 M. 388 and **State v. Sutton,** 63 M. 147. This fraudulent **Federal Reserve System** and **National Banking System** has impaired the obligation of Contract, promoted disrespect for the Constitution and Law and has shaken society to its foundations.

The Court is at a loss, because of the non-appearance of Plaintiff to determine upon what legal theory Plaintiff could possibly claim that the Notes in question are a legal tender. If they have any validity it must come from the Constitution of the United States and laws passed pursuant thereto. Inquiry was made of Mr. Daly as to what laws these Notes could be possibly based upon to sustain their validity. To aid the Court he presented the following: **Section 411, 412, 417, 418, 420 of USC Title 12** and **Title 31, USC Sec. 462 (392).**

On the one hand **Section 411** holds and states that the Notes are to be used for the purpose of making advances to Federal Reserve Banks through Federal Reserve Agents and for no other purposes. Then **Title 31, Section 462 (392)** states: *"All Federal Reserve Notes and circulating Notes of Federal Reserve Banks and National Banking Associations heretofore or hereafter issued, shall be legal tender for all debts public and private."*

The Constitution states, *"No State shall make any Thing but Gold and Silver Coin a legal tender in payment of debts."* The above referred to enactments of Congress state that the

Notes are a legal tender. There is a direct conflict between the Constitution and the Acts of Congress. If the Constitution is not controlling then Congress is above and has superior authority from the Constitution and the People who ordained and established it.

**Title 31 USC, Section 462 (392)** is in direct conflict with the Constitution insofar at least, that it attempts to make Federal Reserve Notes a Legal Tender, the Constitution is the Supreme Law of the Land. **Sec. 462 (392)** is not a law which is made in pursuance of the U.S. Constitution. It is unconstitutional and void and I so hold. Therefore, the two Federal Reserve Notes are null and void for any lawful purpose so far as this case is concerned and are not a valid deposit of $2.00 with the Clerk of the District Court. I hold that the case has not been lawfully removed from the Court and jurisdiction thereof is still vested in the Court.

However; there is a second ground of invalidity of these Federal Reserve Notes previously discussed and that is the Notes are invalid because on no theory are they based upon a valid, adequate or lawful consideration.

At the hearing scheduled for January 22, 1969 at 7:00 p.m., Mr. Morgan, nor anyone else from or representing the Bank, attended to aid the Court in making a correct determination.

Mr. Morgan appeared at the trial on December 7, 1969 and appeared as a witness to be candid, open, direct, experienced and truthful. He testified to 20 years of experience with the Bank of America in Los Angeles, the Marquette National Bank of Minneapolis and the Plaintiff in this case. He seemed to be familiar with the operations of the Federal Reserve System. He freely admitted that his Bank created all of the money or credit upon its books with which it acquired the Note and Mortgage of May 8, 1964. The credit first came into existence when the Bank created it upon its books. Further he freely admitted that no United States Law gave the bank the authority to do this. There was obviously no lawful consideration for the Note. The Bank parted with absolutely nothing except a little ink. In this case the evidence was on January 22, 1969 that the Federal Reserve Banks obtain the Notes for the cost of the printing only. This seems to be confirmed by **Title 12 USC, Section 420**. The cost is about 9/10ths of a cent per Note, regardless of the amount of the Note. The Federal Reserve Banks create all of the Money and Credit upon their books by bookkeeping entry by which they acquire United States and State Securities. The collateral required to obtain the Notes is, by **Section 412, USC, Title 12,** a deposit of a like amount of Bonds, Bonds which the Banks acquired by creating money and credit by bookkeeping entry.

No rights can be acquired by fraud. The Federal Reserve Notes are acquired through the use of unconstitutional statutes and fraud.

The Common Law requires a lawful consideration for any Contract or Note. These Notes are void for failure of a lawful consideration at Common Law, entirely apart from any Constitutional Considerations upon this ground the Notes are ineffectual for any purpose. This seems to be the principal objection to paper fiat money and the cause of its

depreciation and failure down through the ages. If allowed to continue Federal Reserve Notes will meet the same fate. From the evidence introduced on January 22, 1969, this Court finds that as of March 18, 1968 all Gold and Silver backing is removed from Federal Reserve Notes.

The law leaves wrongdoers where it finds them. See **1 Amer. Jur. 2nd on Actions, Sections 50, 51 and 52.**

This Court further observes that the jurisdiction of the Court is conferred by **Article 6, Sec. 1 of the Minnesota Constitution.** *"Sec. 1. The judicial power of the state is hereby vested in a Supreme Court, a District Court, a Probate Court and such other Courts, minor judicial officers and commissioners with jurisdiction inferior to the District Court as the legislative may establish."* Pursuant thereto an Act of the legislature credited this Court.

Nothing on the Constitution or laws of the United States limits the jurisdiction of this Court. The Constitution of Minnesota does not limit the jurisdiction of this Court. It therefore has complete Jurisdiction to render justice in this cause in accordance with and agreeable to the Supreme Law of the Land. See **16 Am. Jur. 2d on Constitutional Law Sections 210 thru 222.**

*"When a Court is created by Act of the Legislature the Judicial Power is conferred by the Constitution and not by the Act creating the Court. If its Jurisdiction is to be limited it must be limited by the Constitution."* See **Minn, Const. *"Bill of Rights."***; In any event the Banks has not raised any question as to the jurisdiction of this Court.

Slavery and all its incidents including Peonage thralldom and debt created by fraud is universally prohibited in the United States. This case represents but another refined form of Slavery by the Bankers. Their position is not supported by the Constitution of the United States. The People have spoken their will in terms which cannot be misunderstood. It is indispensable to the preservation of the Union and independence and liberties of the people that his Court adhere only to the mandates of the Constitution and administer it as written. I therefore hold the Notes in question void and not effectual for any purpose.

January 30, 1969

/s/ Martin V. Mahoney
MARTIN V. MAHONEY
JUSTICE OF THE PEACE
CREDIT RIVER TOWNSHIP
SCOTT COUNTY, MINNESOTA

**NOTE:**

The Defendant, (Attorney) Jerome Daley, shortly after the above Court declared the above decision, again brought the issue of the Federal Reserve Notes before the Courts. On Appeal to a Federal Court; the Federal Judicial Officers publicly ridiculed Mr. Daley for challenging the validity of the Notes of the Federal Reserve Bank and had Mr. Daley *"disbarred"*; from practicing law (**United States v. Jerome Daly**, 481 F.2d. 28). This *"act"* of our Federal Judicial Officers to *"disbar"* a fellow member of the *"Bar"* for questioning the validity of the monetary system of the United States raises the question as to who the Federal Judicial Officers are employed by? It is obvious that they are employed by the International Banking Cartels; **NOT THE PEOPLE OF THE UNITED STATES.**