UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ-MARIA URZUA | ) Case No.: No. C 07-05932-JSW |
| | ) |
| CESAR ANCHANTE-MARTINETTI, | ) **ANSWER TO DEFENDANT' REPLAY MEMORANDUM IN** |
| | ) **SUPPORT OF MOTION TO DISMISS COMPLAINT** |
| C/o 6787 Hillsview Dr, | ) |
| | ) [Ev. Rule 201 for ministerial use only] |
| Vacaville, California Zip Code | ) |
| | ) |
| Exempt, | ) |
| | ) |
| Libellants, | ) |
| | ) |
| vs. | ) |
| | ) |
| INDYMAC BANK, MIKE PERRY,et. Al. | ) |
| | ) |
| Suite 302 | ) |
| | ) |
| C/o 650 North Sierra Madre Villa Ave, | ) |
| | ) |
| Pasadena, California [91107] | |
| | |
| Libellee, | |

## JUDICIAL NOTICE

Now, by special appearance, come Luz-Maria: Urzua and Cesar: Anchante-Martinetti, Sui Juris,third party intervener, the flesh and blood woman and man, unschooled in law' hereinafter referred to as we, us, me, my, I or the like, to make the following AFFIDAVIT with clean hands, full disclosure and no intent to defraud. The following first hand asseverations are true, complete, certain and not meant to mislead or delay.

1.)      INDYMAC BANK'S PRESENTMENT fails to aver any first hand knowledge of the facts therein.

2.)    Averments of an attorney are not first hand evidence and serve as hearsay testimony which is not admissible.

3.)    I have perfected an administrative COUNTERCLAIM procedure to exhaust my administrative remedies in this instant matter, see Notary Protest.

4.)    An examination of the Notary Protest will serve to establish that INDYMAC BANK by and through MIKE PERRY have agreed to be bound to the enclosed SETOFF AND ADJUSTMENT attained through the binding arbitration process of a Notary Protest, see Notary Protest.

OVERVIEW OF FACTS

5.)    On August 16, 2007 Libellees sent a presentment to me demanding payment of a sum certain.

6.) I conditionally accepted that presentment upon INDYMAC BANK' continuing fiduciary duty to deal honestly and answer questions about the underlying obligation.

7.)    The RECORD shows that INDYMAC BANK refused and/or failed to provide the requested proof of claim, such as:

      a.  Provide or at least show a certified copy of the original note, both back and front, upon which the purported obligation arises, and eventually in case need it, bring the original note to court.

      b.  Provide evidence in the form of your book keeping entries that show where the "funds" originated.

8.)    We are unschooled in law and if the terms we have used are confusing we apologize and will be honored to clarify any specific definition, in doubt, to settle and close this matter in harmony with the post bankruptcy public policy of the UNITED STATES inc.

9.)    INDYMAC BANK has at no time, indicated any confusion with my correspondence.

10.)    INDYMAC BANK has remained silent.

11.)    INDYMAC BANK had ample opportunity to ask for a more definitive

statement.

12.)    The RECORD shows that no such request for a more definitive statement was executed.

13.)    Federal Rule 55 of Civil Procedure provide for default judgment by the clerk for a failure to appear and defend.

14.)    MIKE PERRY has a fiduciary duty to give an accounting as does every other JOHN DOE named as defendants.

15.)    As agent for INDYMAC BANK his acknowledgement that he received the summons cures any defect in process.

16.)    The Protest evidences INDYMAC BANK'S agreement, consent and stipulation to my position.

17.)    A declaratory judgment establishing INDYMAC BANK'S default is appropriate.

In conclusion, we have been the victim of dishonorable predatory lending. We have not received any answer from anyone at all in this matter. Our recourse to the "judiciary" is in an effort to resolve this matter in an honest and open forum. Now JOHN J. KRALIK, IV esquire is attempting to get us and this court to believe that after presumably graduating from law school he is unable to look up confusing legal terms, in a law dictionary.  For any "judicial" officer to add confusion to an already intricate subject as this by claiming to be incompetent to read because of some self imposed deficiency in his ability to comprehend it is just one more substantial piece of evidence that establishes that almost the entire bank/court system is run by a cabal of ego inflated people who have, in their own minds, elevated themselves to an un-sustainable position of defacto rule based on deceit and programmed ignorance.

Our yea is our yea and our nay is our nay.

Dated this 6th day of March,    2008

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

By authorized representative
Without recourse

By Authorized representative
Without recourse

1                       UNITED STATES DISTRICT COURT

2                       NORTHERN DISTRICT OF CALIFORNIA

3

4
                                    ) Case No.: No. C 07-05932-JSW
5    LUZ-MARIA URZUA                 )
                                     )
6    CESAR ANCHANTE-MARTINETTI,      ) **NOTICE OF ACCEPTANCE OF OATH OF**
                                     )
7    C/o 6787 Hillsview Dr,          ) **OFFICE AND BOND**
                                     )
8    Vacaville, California Zip Code  )
                                     )
9    Exempt,                         )
                                     )
10              Libellants,          )
                                     )
11        vs.                        )
                                     )
12   INDYMAC BANK, MIKE PERRY, et. Al.)
                                     )
13   Suite 302                       )
                                     )
14   C/o 650 North Sierra Madre Villa Ave )

15   Pasadena, California [91107]

16              Libellee,

17          **NOTICE OF ACCEPTANCE OF OATHS OF OFFICE AND BONDS**

18   Notice to the agent is notice to the principal, notice to the principal is

19   notice to the agent.

20   Re: NOTICE OF ACCEPTANCE OF OATH OF OFFICE AND BOND

21       Now, by special appearance, come Luz-Maria: Urzua and Cesar: Anchante-

22   Martinetti, the flesh and blood woman and man, Sui Juris and unschooled in

23   law, hereinafter referred to as we, ours, me, my, I, or the like, to make the

24   following NOTICE with clean hands, full disclosure and no intent to defraud,

25   furthermore, the following first hand asseverations are true, complete,

                   ACCEPTANCE OF OATHS AND BONDS - 1 OF 2

1  certain and not meant to mislead Additionally this presentment is not put

2  forth for purposes of delay nor to request any B.A.R. member attorned

3  esquire, or agents thereof, to make any determinations for me, legal or

4  otherwise, including but not limited to any so called "overturning of a

5  motion". This is not a motion. This is a NOTICE. If you are reading this then

6  the presumption will operate that you have ACTUAL NOTICE of the subject

7  matter herein and by acting contrary to this NOTICE you will be bound by its

8  terms. Fail not under penalty of Law!

9  NOTICE is hereby given that:

10

11     1.)    I am of legal age, competent to testify and under no legal
         disability.

12     2.)    As the creditor and principal, I hereby formally accept the Oaths

13      of Office and Bonds of John J. Kralik, IV esquire forming a contract in

14      the common law.

15

16                           Dated this 6th day of March, 2008

17                               By: authorized representative
                                Without recourse

18

19

20

21                            By: authorized representative

22                               Without recourse

23

24

25

1                    UNITED STATES DISTRICT COURT

2                    NORTHERN DISTRICT OF CALIFORNIA

3

4
                                    )  Case No.: No. C 07-05932-JSW
5   LUZ-MARIA URZUA,                )
                                    )  **ORDER**
6   CESAR ANCHANTE-MARTINETTI,      )
                                    )
7    C/o 6787 Hillsview Dr,         )
                                    )
8   Vacaville, California Zip Code  )
                                    )
9   Exempt,                         )
                                    )
10            Libellants,           )
                                    )
11      vs.                         )
                                    )
12  INDYMAC BANK, MIKE PERRY,et. al )
                                    )
13  Suite 302                       )
                                    )
14  C/o 650 North Sierra Madre Villa Ave )

15  Pasadena, California [91107]

16            Libellee,
    _____

17

18                              ORDER

19  This matter came on to be heard on March 28, 2008. After consideration and

20  for good cause shown it is hereby ORDERED, ADJUDGED AND DECREED that

21  libellant is entitled to judgment and it is hereby ordered that all liens on

22  the subject property are to be removed and furthermore libelees are ordered

23  to pay libellant $75,358,831.56 (Seventy-five million three hundred fifty

24  eight thousand eight hundred thirty one dollars and 56/100).

25

Dated this 6th day of March, 2008

Cesar Dulsante Matinati

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ-MARIA URZUA | ) Case No.: No. C 07-05932 JSW<br>)<br>) CERTIFICATE OF SERVICE |
| CESAR ANCHANTE-MARTINETTI | ) |
| C/o 6787 Hillsview Dr | ) |
| Vacaville, California Zip Code Exempt | ) |
| Libellant, | ) |
| vs. | ) |
| INDYMAC BANK, MIKE PERRY, | ) |
| Suite 302 | ) |
| C/o 650 North Sierra Madre Villa Av | ) |
| Pasadena, California, (91107) | ) |
| Libellees | |

Now, by special appearance, comes Luz-Maria: Urzua and Cesar:
Anchante-Martinetti, the flesh and blood woman and man, Sui Juris and
unschooled in law, hereinafter referred to as we, ours, me, my, I or
the like, to make the following AFFIDAVIT with clean hands, full
disclosure and no intent to defraud, furthermore, the following first
hand asseverations are true, complete, certain and not meant to mislead
or delay.

1.)     I am of legal age, competent to testify and under no legal
disability.

2.)      On March 6th, 2008 I caused the enclosed ANSWER to be sent
to INDYMAC BANK AND MIKE PERRY, by and through JOHN J. KRALIK No.
91206, esquire by placing the same in a postage pre-paid envelope
addressed as follows;

INDYMAC BANK by and through
JOHN J. KRALIK, No. 91206, esquire
C/o 650 North Sierra Madre Villa Ave, Suite 302
Pasadena, California [91107]

By certified mail # 7007 3020 0002 8856 7704 and depositing it with the
U. S. Postal Service

Our yea our yea and our nay is our nay.

Dated this 6th day of March, 2008

By  authorized representative
Without recourse

By: authorized representative

Without recourse

CERTIFICATE OF SERVICE                                    2 OF 2