1 | **KRALIK & JACOBS**
**JOHN J. KRALIK No. 91206**
2 | **MICHAEL B. WILSON No. 233633**
301 N. Lake Avenue, Suite 202
3 | Pasadena, CA 91101
Telephone: (626) 844-3505
4 | Facsimile: (626) 844-7643

5 | Attorneys for Defendant INDYMAC BANK, F.S.B.,
and MICHAEL PERRY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| LUZ-MARIA URZUA, CESAR ANCHANTE-MARTINETTI | Case No.: 07-CV-05932-JSW |
|---|---|
| Libellant, | |
| v. | **NOTICE OF CHANGE OF FIRM NAME AND ADDRESS** |
| INDYMAC BANK, MIKE PERRY, PRESIDENT, US Vessel, DOES, ROES and MOES 1-100 et al, US Vessel sand, | |
| Libellees, | |

Luz-Maria:Urzua, Cesar: Anchante-Martinetti Lien Holder of the Vessel, the Real Party In Interest, Lawful Woman, Man Injured Third Party Intervener/Petitioner/Libellant,

v.

INDYMAC BANK, MIKE PERRY, PRESIDENT, U.S. Vessel DOES, ROES, and MOES 1-100 et al US VESSELS INDIVIDUALLY AND SEVERALLY Third Party Defendants/Libellees

PLEASE TAKE NOTICE that Kralik & Associates, counsel for Defendants IndyMac Bank, F.S.B. and Michael Perry in the above matter, has changed its firm name, address and

- 1 -
**NOTICE OF CHANGE OF FIRM NAME AND ADDRESS**

1  telephone to KRALIK & JACOBS, and is now located at 301 North Lake Avenue, Suite 202,
2  Pasadena, California 91101; Telephone: (626) 844-3505; Facsimile: (626) 844-7643.
3      Please take note of these changes for service of notice and other documents on
4  Defendants IndyMac Bank, F.S.B. and Michael Perry in this matter.

7  Dated this 2nd day of April, 2008        **KRALIK & JACOBS**

                                                                 By: /s/ Michael B. Wilson
                                                                  Attorneys for Defendants IndyMac Bank,
                                                                  F.S.B. and Michael Perry

**Proof of Service**

The undersigned declares:

I am above the age of eighteen years, and not a party to this action or proceeding. I am employed in the office of a member of the bar of this court, at whose direction this service is made. My business address is 301 North Lake Avenue, Suite 202, Pasadena, California 91101. On April 2, 2008, I served the foregoing NOTICE OF CHANGE OF FIRM NAME AND ADDRESS on the Defendants in this action by placing a true and correct copy thereof in a sealed envelope, with postage thereon fully prepaid, in the United States Mail at Pasadena, California addressed as follows:

Luz-Maria Urzua
Cesar Anchante-Martinetti
6787 Hillsview Drive
Vacaville, CA 95688

Luz-Maria Urzua
Cesar Anchante-Martinetti
3801 North Lake Road
Merced, CA 95340

Luz-Maria Urzua
Cesar Anchante-Martinetti
2041 Legends Court
Merced, CA 95340

Luz-Maria Urzua
Cesar Anchante-Martinetti
3785 North Lake Road
Merced, CA 95340

I declare under penalty of perjury that the foregoing is true and correct. Executed this 2nd day of April, 2008 in Los Angeles County, California.

_____
Larina Ross