# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**        **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: April 4, 2008            **Court Reporter:**  Lydia Zinn

**CASE NO.:**  C-7-5932 JSW (related to C-7-5903, C-7-5906, C-7-5931, C-7-6349)

**TITLE:**  Luz-Maria Urzua, et. al, v.  Indymac Bank, et al., ,

**COUNSEL FOR PLAINTIFF:**        **COUNSEL FOR DEFENDANT:**

Not present                       Michael Wilson

**PROCEEDINGS:**    1) Motion to Dismiss

                          2) Initial CMC

**RESULTS:**    The Court deems the matter submitted.
A written ruling shall issue.