**United States District Court**

For the Northern District of California

1

2

3

4

5

6                       IN THE UNITED STATES DISTRICT COURT

7

8                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

9  LUZ-MARIA URZUA and CESAR
   ANCHANTE-MARTINETTI,
10                                                No. C 07-05932 JSW

11              Plaintiffs,

12     v.                                         **JUDGMENT**

   INDYMAC BANK and MIKE PERRY,
13

14              Defendants.
   _____/

15

16          For the reasons set forth in the Court's Order of this date granting Defendants' motion to

17  dismiss, judgment is hereby entered in favor of Defendants and against Plaintiffs.

18          **IT IS SO ORDERED.**

19  Dated:        April 14, 2008

20                                                _____
                                                  JEFFREY S. WHITE
21                                                UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28